**Dismiss and Opinion Filed March 12, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-23-00942-CV

**TYUNN CORNELIUS, Appellant**
**V.**
**DALLAS HAMPTON, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-03913-A**

## MEMORANDUM OPINION

Before Chief Justice Burns and Justices Molberg and Goldstein
Opinion by Justice Goldstein

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by February 3, 2024. By postcard dated February 6, 2024, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


230942f.p05

/Bonnie Lee Goldstein/

BONNIE LEE GOLDSTEIN
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

TYUNN CORNELIUS, Appellant

No. 05-23-00942-CV    V.

DALLAS HAMPTON, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas Trial Court Cause No. CC-23-03913-A.

Opinion delivered by Justice Goldstein. Chief Justice Burns, III and Justice Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 12th day of March, 2024.